United States District Court
Southern District of Texas
**ENTERED**
May 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRIECE RANDLE, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-04758 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ALEKSEI GRAHAM, | § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Terriece Randle proceeds here *pro se*. He filed a small-claims petition in state court against Defendant Aleksei Graham alleging "wrongful arrest, humiliation, painful suffering, towed car, damaged car." Dkt 1-1 at 2. Defendant removed the case to federal court. Dkt 1.

Defendant filed a motion to dismiss asserting that Plaintiff failed to state a claim, and that he is otherwise entitled to qualified immunity. Dkt 3. Plaintiff didn't file a response. See SD Tex LR 7.4.

The matter was referred to Magistrate Judge Richard W. Bennett. Dkt 5. He issued a Memorandum and Recommendation on May 6, 2025, recommending that the motion to dismiss be granted. Id at 16. No objection was filed.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 15.

The motion to dismiss by Defendant Aleksei Graham is GRANTED. Dkt 3.

This case is DISMISSED WITH PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on May 23, 2025, at Houston, Texas.

*/s/ CR Eskridge*
Hon. Charles Eskridge
United States District Judge